**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No.  98-7182

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM J. JORDAN,

Defendant - Appellant.

---

No.  98-7183

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM J. JORDAN,

Defendant - Appellant.

---

Appeals from the United States District Court for the District of South Carolina, at Charleston.  Solomon Blatt, Jr., Senior District Judge.  (CR-88-391, CR-89-117)

---

Submitted:  December 15, 1998     Decided:  January 13, 1999

---

Before WILKINS and NIEMEYER, Circuit Judges, and HALL, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

William J. Jordan, Appellant Pro Se. Robert Hayden Bickerton, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying his motions filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss these appeals on the reasoning of the district court. United States v. Jordan, Nos. CR-88-391; CR-89-117 (D.S.C. July 29, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2